**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JODY LYNN VON HAAR, | No. 12-17762 |
| Plaintiff, | D.C. No. 5:10-cv-02995-LHK |
| and | |
| WILLIAM B. LOOK, Jr., Esquire, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| CITY OF MOUNTAIN VIEW; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Lucy H. Koh, District Judge, Presiding

Submitted August 13, 2014[**]

Before:    SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

William B. Look, Jr., former attorney of record for plaintiff, appeals from

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the district court's order vacating its contempt finding and declining to withdraw its referral to the state bar. We dismiss for lack of jurisdiction.

We lack jurisdiction over the order because the district court vacated its contempt finding and the state bar commenced disciplinary proceedings against Look after the district court's referral to the state bar. *See Wash. Envtl. Council v. Bellon*, 732 F.3d 1131, 1139-40 (9th Cir. 2013) (stating that this court has an independent obligation to examine its jurisdiction and identifying the requirements for Article III standing); *Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2012) ("A claim is moot 'when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome.'" (citation omitted)).

Because we dismiss this appeal for lack of jurisdiction, we do not address Look's contentions concerning the propriety of the district court's referral to the state bar, the validity of the contempt order, alleged judicial bias, and the district court's purported due process violations and failure to follow the local rules.

All pending motions are denied.

**DISMISSED.**